UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CALVIN R. AUTHIER<br>LA. DOC #404373 | CIVIL ACTION NO. 5:15-cv-0108<br><br>SECTION P |
| VS. | |
| | JUDGE ELIZABETH E. FOOTE |
| BURL CAIN, WARDEN, LOUISIANA<br>STATE PENITENTIARY | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254, [doc. # 1], is hereby **DENIED and DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED this 15th day of December, 2015, in Monroe, Louisiana.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE